James J. Davis, Jr., AK Bar No. 9412140
Savannah Fletcher, AK Bar No. 1811127
Aneliese Palmer, AK Bar No. 2201001
**NORTHERN JUSTICE PROJECT, LLC**
406 G Street, Suite 207
Anchorage, AK 99501
(907) 308-3395 (telephone)
(866) 813-8645 (fax)
Email: jdavis@njp-law.com
Email: sfletcher@njp-law.com
Email: apalmer@njp-law.com

Ruth Botstein, AK Bar No. 9906016
**AMERICAN CIVIL LIBERTIES UNION OF ALASKA FOUNDATION**
1057 West Fireweed Lane, Suite 207
Anchorage, AK 99503
(907) 258-0044
Email: rbotstein@acluak.org
Email: courtfilings@acluak.org

Attorneys for Plaintiffs

Northern Justice Project, LLC
A Private Civil Rights Firm
406 G Street, Suite 207
Anchorage, AK 99501
Phone: (907) 308-3395; Fax: (866) 813-8645

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DAWN ADAMS & SCOTT ADAMS on behalf of H.A.; JESSICA CLARKSON & URIAH CLARKSON on behalf of W.C.; JOY HEASLEY and A. ROBERT HEASLEY on behalf of K.M-H. & M.M-H.; GANNON CLARKSON; and MITCHELL CLARKSON,

Plaintiffs,

vs.

MATANUSKA-SUSITNA BOROUGH SCHOOL DISTRICT,

Defendant.

Case No. 3:23-cv-00265-SLG

NON-OPPOSED MOTION FOR EXTENSION OF TIME
*Adams, et. al v. Matanuska-Susitna Borough Sch. Dist.*
Case No. 3:23-cv-00265-SLG
Page 1 of 2

**NON-OPPOSED MOTION TO EXTEND DEADLINE FOR REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Counsel for the Plaintiffs requests until Tuesday, February 6, 2024, to file the reply in support of Plaintiff's Motion for Preliminary Injunction. Opposing counsel John Ptacin does not oppose this extension of time.

DATED this 30th day of January, 2024

NORTHERN JUSTICE PROJECT, LLC

By: /s/ Savannah Fletcher
James J. Davis, Jr., AK Bar No. 9412140
Savannah Fletcher, AK Bar No. 1811127
Aneliese Palmer, AK Bar No. 2201001

AMERICAN CIVIL LIBERTIES UNION OF ALASKA FOUNDATION

By: /s/ Ruth Botstein
Ruth Botstein, AK Bar No. 9906016

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 30, 2024, a copy of the foregoing was served electronically through the CM/ECF system on all registered case users.

NORTHERN JUSTICE PROJECT, LLC

By: /s/ Savannah Fletcher
Savannah Fletcher

Northern Justice Project, LLC
A Private Civil Rights Firm
406 G Street, Suite 207
Anchorage, AK 99501
Phone: (907) 308-3395; Fax: (866) 813-8645

NON-OPPOSED MOTION FOR EXTENSION OF TIME
*Adams, et. al v. Matanuska-Susitna Borough Sch. Dist.*
Case No. 3:23-cv-00265-SLG
Page 2 of 2