James J. Davis, Jr., AK Bar No. 9412140
Savannah Fletcher, AK Bar No. 1811127
Aneliese Palmer, AK Bar No. 2201001
**NORTHERN JUSTICE PROJECT, LLC**
406 G Street, Suite 207
Anchorage, AK 99501
(907) 308-3395 (telephone)
(866) 813-8645 (fax)
Email: jdavis@njp-law.com
Email: sfletcher@njp-law.com
Email: apalmer@njp-law.com

Ruth Botstein, AK Bar No. 9906016
**AMERICAN CIVIL LIBERTIES UNION OF ALASKA FOUNDATION**
1057 West Fireweed Lane, Suite 207
Anchorage, AK 99503
(907) 258-0044
Email: rbotstein@acluak.org
Email: courtfilings@acluak.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DAWN ADAMS & SCOTT ADAMS on behalf of H.A.; JESSICA CLARKSON & URIAH CLARKSON on behalf of W.C.; JOY HEASLEY and A. ROBERT HEASLEY on behalf of K.M-H. & M.M-H.; GANNON CLARKSON; and MITCHELL CLARKSON,<br><br>    Plaintiffs,<br><br>    vs.<br><br>MATANUSKA-SUSITNA BOROUGH SCHOOL DISTRICT,<br><br>    Defendant. | DECLARATION OF SAVANNAH FLETCHER IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION<br><br>Case No. 3:23-cv-00265-SLG |

Northern Justice Project, LLC
A Private Civil Rights Firm
406 G Street, Suite 207
Anchorage, AK 99501
Phone: (907) 308-3395; Fax: (866) 813-8645

I, Savannah Fletcher, declare under penalty of perjury:

1. I am an attorney with the Northern Justice Project, LLC, counsel of record for Plaintiffs in the above-entitled action.

2. Attached hereto as Exhibit 1 is a true and accurate copy of the Matanuska-Susitna Borough School District's Board Policy 1220, marked up with the proposed changes as it was presented at the Board's May 24, 2023 Board Meeting. This document is also available at https://go.boarddocs.com/ak/matsu/Board.nsf/Public under 10.B. of the Agenda for the May 24, 2023 Meeting labeled "Mat-Su 1220 Revision.pdf."

3. Attached hereto as Exhibit 2 are true and accurate copies of emails between Board Member Kendal Kruse and Committee Member Nathaniel Buck. These emails were produced by the District to Kathy Martin-Albright pursuant to a public records request. All redactions were in the document when received by the undersigned.

4. Attached hereto as Exhibit 3 is a true and accurate copy of the discovery that Defendant provided to Plaintiffs in its Initial Disclosures.

5. I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 6th day of February, 2024

By: s/Savannah Fletcher
Savannah Fletcher, AK Bar No. 1811127

DECLARATION OF SAVANNAH FLETCHER IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
*Adams, et. al v. Matanuska-Susitna Borough Sch. Dist.*
Case No. 3:23-cv-00265-SLG
Page 2 of 2