**CITIZEN ADVISORY COMMITTEES/<u>REPRESENTATIVE AND DELIBERATIVE GROUPS</u>**

The School Board recognizes that citizen advisory committees enable both citizens and educators to better understand the attitudes and opinions held in the school and community.

As the need arises, the Board may establish citizen advisory committees to consider school problems, needs and issues.  Advisory committees shall serve in a strictly advisory capacity and shall not act as policy-making bodies.

Committee members shall represent a cross section of qualified people throughout the district, except in those cases where a committee is established to address the needs of a particular segment of the school community.  With Board approval, the Chief School Administrator/Superintendent or designee may appoint committee members.  All citizen advisory committees will expire June 30th of each school year unless renewed by the Board. **<u>When the need for community members to be appointed to these committees, every effort will be made to have one community member representative from each Borough Assembly/Board district to ensure equal district-wide representation.</u>**

When committees are appointed, committee members shall receive a written statement including, but not be limited to:

1.     The committee members' names.

2.     The specific charges of the committee, including its topic(s) for study or well-defined area(s) of activity.

3.     The specific period of time that the committee is expected to serve.

4.     Legal requirements regarding meeting conduct and public notifications.

5.     Resources available to help the committee complete its tasks.

6.     Timelines for progress reports and/or final report.

7.     Relevant Board policies and administrative regulations.

8.     The procedure to be used in the selection of the committee chairperson and other committee officers.

The Board shall have the sole power to dissolve any of its advisory committees and may exercise this power at any time.

All major conclusions and recommendations made by advisory committees shall be made available to the public in writing.

EXHIBIT 1
Page 1 of 2

**Additionally, the Superintendent or designee may establish a management team, administrative councils, task forces, or committees as needed to properly administer Board policies, improve the educational program, and assist in District communication. The membership, composition, and responsibilities of these advisory groups shall be defined by the Superintendent or designee and may be changed at his/her discretion. Advisory groups shall channel their advice and recommendations through the Superintendent to the Board.**

**Expenses incurred for consulting services, materials, and travel may be paid from the District's general operating funds only when within budgetary allotments and approved by the Superintendent or designee.**

**MATANUSKA-SUSITNA BOROUGH SCHOOL DISTRICT**
**Adoption Date: 08/07/95**
**Revised Date: 10/06/04**
**Revised Date: 03/05/08**
**Reviewed Date: 02/06/13**

EXHIBIT 1
Page 2 of 2