Pastor Buck,

I am glad you have accepted.

To your questions:
First, I think you will be an excellent choice as an example of "community standard" in a district 2 when you fill out the rubrics on each individual book.

Secondly, as the time commitment goes, all work will be done inside the once a month meeting. I am happy to meet outside of that meeting once or to have quick phone calls. I certainly understand busy schedules but it's important to make the meetings once a month. If you cannot meet one a given month August-June please let me know as soon as you can. There was an alternate selected, however, they may not be able to step in for just one meeting. They likely will only be appointed if you can no longer come at all for the rest of the term.

Kendal

**From:** Nathaniel Buck <
**Sent:** Tuesday, July 18, 2023 10:09:15 AM
**To:** KENDAL KRUSE <KENDAL.KRUSE@MATSUK12.US>
**Subject:** RE: Library Committee Application



**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe

Hello Kendal,

I'm honored by being your selection. I am willing to serve but I do have two comments first.

I do want to be clear that I will be pushing hard to remove or restrict many of the materials in consideration. The ones you listed in the initial email are all books id seek to remove. If you are ok with me taking this approach, then great.

Also, I do have one concern. ████████████████████████████████ my schedule is. From what I understand I dont think the time commitment of this committee will be too much for me to undertake. But in the event the workload is too significant, what will be the

EXHIBIT 2
Page 1 of 22

options?

If appointed, I want to work through the whole process and do the work necessary. Again, I'm honored by your selection. If you're ok with my above mentioned approach and if we can navigate the workload, I will gladly accept your nomination.

██████████████████████ will have sporadic access to the internet. Feel free to try calling me, and if I can answer I will. Otherwise I'll be sure to check my email when I can.

Blessings,
Nathaniel Buck
███████████

Sent from Yahoo Mail on Android

On Mon, Jul 17, 2023 at 7:37 PM, KENDAL KRUSE
<KENDAL.KRUSE@MATSUK12.US> wrote:

> Pastor Buck,
>
> I wanted to reach out to let you know you have been selected to represent District 2 in the Library Committee for the 2023-2024 year. Please let me know at your earliest convenience if you accept. As soon as I hear from you I will submit your name to the District to be confirmed on the August 2nd school board meeting.
>
> I am happy to speak over the phone or meet in person prior to the first meeting to discuss the process, any concerns or answer any questions you may have.
>
> Warmly,
>
> Kendal Kruse
>
> (███████████

EXHIBIT 2
Page 2 of 22

Pastor Buck,

Would you like to schedule a time today this afternoon or tomorrow anytime?

Or next Thursday/Friday/Saturday we could.schedule something.

Thanks,
Kendal

Buck <

**Sent:** Thursday, July 27, 2023 3:51:46 PM
**To:** KENDAL KRUSE <KENDAL.KRUSE@MATSUK12.US>
**Subject:** Re: Library Committee Application

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe

Hello Kendal,

I appreciate being trusted to serve on this committee. I would like to meet and talk prior to the first meeting if possible. I am curious what to expect for this first meeting, who will be running it, and whatnot. Forgive me if I've asked already, but I'm also curious if you can provide me with any are the arguments being used, either by locals or national individuals, seeking to retain some of these more explicit books. I would love to have access to any comments made by the local librarians or staff seeking to retain the books.

Blessings,
Nathaniel Buck
On Tuesday, July 18, 2023 at 10:36:41 AM AKDT, KENDAL KRUSE <kendal.kruse@matsuk12.us> wrote:



EXHIBIT 2
Page 3 of 22

I am available after 3 pm next Thursday, Friday or Saturday.

**From:** Nathaniel Buck <
**Sent:** Friday, July 28, 2023 9:43:57 AM
**To:** KENDAL KRUSE <KENDAL.KRUSE@MATSUK12.US>
**Subject:** Re: Library Committee Application

> **CAUTION:** This email originated from outside of the organization. Do not click links or open
> attachments unless you recognize the sender and know the content is safe

Hey Kendal. I'm not able to meet today or tomorrow. Let's aim for next week. I'm pretty available, what
time works for you?

Nathaniel Buck

On Friday, July 28, 2023 at 07:51:56 AM AKDT, KENDAL KRUSE <kendal.kruse@matsuk12.us> wrote:

Pastor Buck,

Would you like to schedule a time today this afternoon or tomorrow anytime?

Or next Thursday/Friday/Saturday we could schedule something.

Thanks,
Kendal

>

EXHIBIT 2
Page 4 of 22

3 pm next Thursday is great.



I can much more easily share and show you some good resources but understand if you'd rather speak on the phone as well.



**From:** Nathaniel Buck
**Sent:** Friday, July 28, 2023 9:53:16 AM
**To:** KENDAL KRUSE <KENDAL.KRUSE@MATSUK12.US>
**Subject:** Re: Library Committee Application

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe

Those times work for me. 3pm next Thursday? Want to meet in person somewhere, Vagabonds? Or telephonically? I'm cool with either.

Blessings,
Nathaniel Buck



EXHIBIT 2
Page 5 of 22

**From:** Nathaniel Buck
**To:** KENDAL.KRUSE@MATSUK12.US
**Subject:** Re: Library Committee Application
**Date:** Wednesday, August 2, 2023 3:39:35 PM

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe

Great. See you tomorrow.

:-)

~~Sent from my free-Address Mobile~~

On Wed, Aug 2, 2023 at 3:24 PM, KENDAL KRUSE <KENDAL.KRUSE@MATSUK12.US> wrote:

> Pastor Buck,
>
> I am so sorry I missed your previous email, it just arrived to my inbox for some reason.
>
> See you tomorrow!
> Kendal
>
> ~~Get Outlook for Android~~
>
> **From:** Nathaniel Buck <
> **Sent:** Wednesday, August 2, 2023 3:10:06 PM
> **To:** KENDAL KRUSE <KENDAL.KRUSE@MATSUK12.US>
> **Subject:** Re: Library Committee Application
>
> > **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe
>
> I'm looking forward to meeting tomorrow.
>
> Blessings,
> Nathaniel Buck

EXHIBIT 2
Page 6 of 22

**From:**   KENDAL.KRUSE@MATSUK12

**Date:** Monday, July 10, 2023 3:52:34 PM

That sounds great. Talk to you then.



**From:** Nathaniel Buck <
**Sent:** Monday, July 10, 2023 2:36:09 PM
**To:** KENDAL KRUSE <KENDAL.KRUSE@MATSUK12.US>
**Subject:** Re: Library Committee Application

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

I'm available during that time. Do you want to call me at 4pm tomorrow?

Nathaniel Buck



On Mon, Jul 10, 2023 at 11:22 AM, KENDAL KRUSE <KENDAL.KRUSE@MATSUK12.US> wrote:

Pastor Buck,

Thank you for more information. Do you have time for a short call between 12 pm and 5pm tomorrow?

Thank you,
Kendal



**From:** Nathaniel Buck <
**Sent:** Saturday, July 8, 2023 3:06:04 PM
**To:** KENDAL KRUSE <KENDAL.KRUSE@MATSUK12.US>
**Subject:** Re: Library Committee Applicati ௦

EXHIBIT 2
Page 7 of 22

**From:** Nathaniel Buck <​ ​>
**Sent:** Friday, July 7, 2023 11:28 PM

**To:** KENDAL KRUSE <KENDAL.KRUSE@MATSUK12.US>
**Subject:** Re: Library Committee Application

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe

Another question,

Do you know the days and times of the monthly meetings?

On Fri, Jul 7, 2023 at 8:56 PM, Nathaniel Buck
 wrote:

EXHIBIT 2
Page 8 of 22

**From:** KENDAL.KRUSE@MATSUK12.US

**Subject:** Per your request: Relevant Board Policies
**Date:** Friday, August 11, 2023 1:59:03 PM

Pastor Buck,

Here are two relevant Board Policies to the library committee.

1. Family Life and Human Sexuality
http://go.boarddocs.com/ak/matsu/Board.nsf/goto?open&id=C68V9B7D34ED

2. Library and Media Centers
http://go.boarddocs.com/ak/matsu/Board.nsf/goto?open&id=C69MPX590A65

Thank you,
Kendal

EXHIBIT 2
Page 9 of 22

| | |
|---|---|
| **From:** | KENDAL.KRUSE@MATSUK12.US  |
| **Subject:** | Re: Library Committee Application |
| **Date:** | Tuesday, August 8, 2023 9:01:10 AM |

Thank you! I have listened to Voddie before and enjoy his take on issues. I look forward to listening to it. Great! I'll get the audible of the other you recommended as well!

**From:** Nathaniel Buck <
**Sent:** Tuesday, August 8, 2023 8:51:53 AM
**To:** KENDAL KRUSE <KENDAL.KRUSE@MATSUK12.US>
**Subject:** Re: Library Committee Application

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe

Thanks. I'll get it on audible and give it a listen.

And if I may suggest some resources back to you...

Here is a talk given by Voddie Baucham that I have found very informative. This is 8 years old, so it doesn't quite cover some of the more recent issues. But I find his talk very informative, and he covers the role of public education in pushing lgbtqiap+ ideology.

Is Gay the New Black? Voddie Baucham - Unlocking the Mysteries of Genesis

And this book is hands down one of the best books at articulating how our culture has gotten to the place that it is. This book doesn't provide a ton of practical "what now" steps, but it does help to identify how people think and why they do so. It's a big book. He wrote a condensed version if you'd prefer. Both are on audible as well. I can loan you a hard copy if you'd like.

https://www.amazon.com/Rise-Triumph-Modern-Self-Individualism/dp/B09GWD6ZGL/ref=sr_1_1?
keywords=rise+and+triumph+of+modern+self&qid=1691513368&sprefix=rise+and+tri%2Caps%2C197&sr=8-1

Blessings,
Nathaniel Buck

Links in the message (1)



**Is Gay the New Black?**
**Voddie Baucham - ...**

On Tuesday, August 8, 2023 at 07:57:18 AM AKDT, KENDAL KRUSE <kendal.kruse@matsuk12.us> wrote:

Pastor Buck,

EXHIBIT 2
Page 10 of 22

This book could be very helpful. I only have the audio book or I would lend you my copy. it has a lot of research and statistics about "sex Ed" consequences that are never in "sex Ed" books, making them inferior to supplement a sex Ed curriculum.

I think it will be useful for the books claiming to be in that category.

See you Thursday!
Kendal

**From:** Nathaniel Buck              >
**Sent:** Wednesday, August 2, 2023 3:39:19 PM
**To:** KENDAL KRUSE <KENDAL.KRUSE@MATSUK12.US>
**Subject:** Re: Library Committee Application

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe

Great. See you tomorrow.

:-)

On Wed, Aug 2, 2023 at 3:24 PM, KENDAL KRUSE <KENDAL.KRUSE@MATSUK12.US> wrote:

Pastor Buck,

I am so sorry I missed your previous email, It just arrived to my inbox for some reason.

Yes tomorrow at 3 pm

See you tomorrow!
Kendal

**From:** Nathaniel Buck
**Sent:** Wednesday, August 2, 2023 3:10:06 PM
**To:** KENDAL KRUSE <KENDAL.KRUSE@MATSUK12.US>
**Subject:** Re: Library Committee Application

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hey Kendall.

EXHIBIT 2
Page 11 of 22

**From:** Nathaniel Buck
**To:** KENDAL KRUSE;
**Subject:** Bible prohibited at school
**Date:** Tuesday, August 15, 2023 12:06:34 PM

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe

See below. This is what I texted you about.

It sounds like the issue was resolved fairly quickly by the principle. For which I am grateful. But I still find it incredibly frustrating that a teacher had the audacity to pressure a kid against reading her bible in school and then to pressure the kid against even bringing it.



----- Forwarded Message -----

EXHIBIT 2
Page 12 of 22



**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

EXHIBIT 2
Page 13 of 22

EXHIBIT 2
Page 14 of 22

From: Nathaniel Buck
To: KENDALL KRUSE
Subject: Re: Library Committee Application
Date: Saturday, July 8, 2023 12:06:22 PM
Attachments: Loving-your-neighbor-this-PRIDE-month.docx

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe

Hello Kendal,

I would love to talk more. I am available most of the day on Tuesday, Wednesday afternoon, and Friday morning. If you want to wait until the following week for when you're back to town, that would work for me too ( ███████████████ ).

To help you get to know me better, ████████████████████████████████████████
████████████████████ r on the importance of sexual ethics and promoting good while resisting, lovingly, all promiscuity whether that be in ideology or practice. I hope this helps you to get an idea of where I stand on some of these issues, and how I would formulate arguments on the material the committee is reviewing.

Looking forward to talking with you.

Blessings,
Nathaniel Buck
█████████

EXHIBIT 2
Page 15 of 22

Pastor Buck,

Thank you for your thorough responses.

To answer your questions:
Currently the tentative schedule for meetings are once a month on the second Thursday from 5-8 pm. The administration anticipates the meeting lengths will reduce after the initial books have been dealt with.

The meeting is a public meeting. Names involved and meeting minutes will be recorded and publicly available. A rubric will be filled out for each book by each committee member and that will be compiled into one report with all comments and that will be presented to the school board. Members of the public may attend the meeting to witness and listen but will not be allowed to interrupt or speak/testify.

The school board to some extent has the final word. The books that are found to be in violation of the law by the advisory committee will be recommended for removal or restriction to the school board and presented by the administration at a meeting. Those books will be referred to our legal counsel for review based on their reports from the advisory committee and the legal review will be given back to the board for review. An individual on the committee has no power to directly remove any book. The desire is to get a community standard on the book in context of the law only and then present recommendations.

The aspect of the law that defines age, 16 and younger, does make working with the law more difficult. We will have three categories for sexually explicit content: remove, restrict and retain. Restrict is for books that have sexually explicit content but have value defined under the law. These books would not be available for anyone under the age of 17 to check out and require parent permission. This is an evolving process and is subject to change as we enter into the process but this is the rough structure we are discussing currently.

Of course it is not an issue in any way that you are a ███████████ . You are a tax payer and member of the community and entitled to participate in local government regardless of your school choice.

I am still collecting responses from other applicants but would like to schedule a call with you if you are available. I will be out of town traveling next week with my family (including babies) but can make time for a call. Let me know days and times that are best for you.

Thank you,
Kendal

EXHIBIT 2
Page 16 of 22

**From:** Nathaniel Buck <████████████████████>
**Sent:** Friday, July 7, 2023 11:28 PM
**To:** KENDAL KRUSE <KENDAL.KRUSE@MATSUK12.US>
**Subject:** Re: Library Committee Application

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe

Another question,

Do you know the days and times of the monthly meetings?

████████████████████

On Fri, Jul 7, 2023 at 8:56 PM, Nathaniel Buck
<████████████████████> wrote:

EXHIBIT 2
Page 17 of 22

material in a group.
4. Is there any thing else you would like me to know about yourself in terms of this committee?

Please send your responses as soon as possible, I look forward to hearing from you.

Respectfully,
Kendal Kruse

EXHIBIT 2
Page 18 of 22

When the committee is in operation, will the meetings be public? Will the names of the participants (me, if selected) be public? I ask simply so I can be mentally prepared for what to expect. Given how heated this conversation can be, if the meetings are public or if just the names of the participants are public, I imagine there's potential for their to be community applied pressure. I am willing to serve in either case, public or private, but I would like to know what I'm going to be facing.

I mentioned this in my initial application to the committee, but my kids are homeschooled not public schooled. Will that be a problem? I don't think so, but I thought I'd ask and be transparent about it in the application process.

I'm sure I will have more questions, but this will have to be sufficient for now. I appreciate your consideration and if you think I can be useful to the community by serving on this committee, I would willingly serve.

Feel free to reach out via email or phone if you would like further clarification.

Blessings,
Nathaniel Buck
g

On Friday, July 7, 2023 at 05:16:27 PM AKDT, KENDAL KRUSE <kendal.kruse@matsuk12.us> wrote:

Pastor Buck ,

My name is Kendal Kruse and I am the District 2 School Board Member over the greater Palmer area. I received your application for the library committee and would like to ask a few follow up questions. The library committee was formed as an advisory committee to look at books that have had complaints filed against them by parents and community members over the last year specifically in terms of sexually explicit content. The committee will meet starting in August, monthly over the course of the school year.

Please answer these questions to the best of your ability if you are still interested in serving on the committee.

1. Are you able to keep the commitment of meeting once per month starting in August of 2023-June of 2024?
2. Are you aware of the obscenity law AS 11.61.128 in Alaska? Are you aware that Alaska does NOT provide for exemptions for libraries or schools like some other states have? Please familiarize yourself with the law here: Alaska Statutes 2022 (akleg.gov) search "11.61.128" This law was based on the Supreme Court case Miller v. California.
3. A few of the books that will be evaluated are; Tricks by Ellen Hopkins, This Book is Gay by Juno Dawson , Let's Talk About It by Erika Moen, and The Sun and Her Flowers by Rupi Kaur. Please look through these books yourself or you can use www.booklooks.org to see a synopsis of the controversial parts of the book. These are the types of material that the committee will be required to see, read, and compare to the law for book reports. After reviewing the content, please indicate if you are still comfortable with being on the committee and discussing this

EXHIBIT 2
Page 19 of 22

**From:** Nathaniel Buck
**To:** KENDAL KRUSE
**Subject:** Re: Library Committee Application
**Date:** Friday, July 7, 2023 8:57:03 PM

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe

Good evening Mrs. Kruse,

Thank you for reaching out to me with your questions. I will answer them in the order you listed:

1. Are you able to keep the commitment of meeting once per month starting in August of 2023-June of 2024

**Yes, I can meet once per month during the school year.**

2 Are you aware of the obscenity law AS 11.61.128 in Alaska? Are you aware that Alaska does NOT provide for exemptions for libraries or schools like some other states have?

Prior to your email I was not familiar with the precise language of the obscenity law. I appreciate you providing a direct reference to it, and I have now read it. In reading it I see there is no exemption for libraries or schools. Further, there are no exemptions for any person or entity, nor should there be.

I am curious about one aspect of how the law is written and how it affects this situation. The law is directed towards those who are 16 years old and younger. Is there another law that would address distributing such material to 17 and 18 year olds?

3. A few of the books that will be evaluated are: Tricks by Ellen Hopkins, This Book Is Gay by Juno Dawson , Let's Talk About It by Erika Moen, and The Sun and Her Flowers by Rupi Kaur. Please look through these books yourself or you can use www.booklooks.org to see a synopsis of the controversial parts of the book. These are the types of material that the committee will be required to see, read, and compare to the law for book reports. After reviewing the content, please indicate if you are still comfortable with being on the committee and discussing this material in a group.

Again, thanks for the direct reference to the material. I looked up every book in the database and skimmed the quotations and viewed all the images. Some of this content I have seen elsewhere because of the current "debate" about this issue. I find the material disturbing on many levels and the fact its being provided to minors in the name of "public education" and provided by taxpayer dollars only furthers that disturbance. I am very comfortable discussing this material in a group of fellow citizens.

4. Is there any thing else you would like me to know about yourself in terms of this committee?

I am saddened and frustrated that this issue even is being debated. But this is where the cultural battle is today, I guess. And while I don't think serving on the committee is something I would enjoy, it is a way to serve the community. And I think I could have a positive influence in the conversation.

I do have a couple questions.

When will the decisions be final as to who is going to be on the committee?

EXHIBIT 2
Page 20 of 22

Pastor Buck,

My name is Kendal Kruse and I am the District 2 School Board Member over the greater Palmer area. I received your application for the library committee and would like to ask a few follow up questions. The library committee was formed as an advisory committee to look at books that have had complaints filed against them by parents and community members over the last year specifically in terms of sexually explicit content. The committee will meet starting in August, monthly over the course of the school year.

Please answer these questions to the best of your ability if you are still interested in serving on the committee.

1. Are you able to keep the commitment of meeting once per month starting in August of 2023-June of 2024?
2. Are you aware of the obscenity law AS 11.61.128 in Alaska? Are you aware that Alaska does NOT provide for exemptions for libraries or schools like some other states have? Please familiarize yourself with the law here: Alaska Statutes 2022 (akleg.gov) search "11.61.128" This law was based on the Supreme Court case Miller v. California.
3. A few of the books that will be evaluated are; Tricks by Ellen Hopkins, This Book is Gay by Juno Dawson, Let's Talk About It by Erika Moen, and The Sun and Her Flowers by Rupi Kaur. Please look through these books yourself or you can use www.booklooks.org to see a synopsis of the controversial parts of the book. These are the types of material that the committee will be required to see, read, and compare to the law for book reports. After reviewing the content, please indicate if you are still comfortable with being on the committee and discussing this material in a group.
4. Is there any thing else you would like me to know about yourself in terms of this committee?

Please send your responses as soon as possible, I look forward to hearing from you.

Respectfully,
Kendal Kruse

EXHIBIT 2
Page 21 of 22

**From:** KATHY.MCCOLLUM@MATSUK12.US
**To:**
**Subject:** Library Committee -MSBSD
**Date:** Monday, July 10, 2023 11:13:53 AM

Hello Kali,

Your name and information were recently forwarded to me as a community member interested in serving on a public committee to evaluate books in our school libraries. I have received the short paragraph you included but would like to invite you to provide me with any additional comments or personal qualifications you have that may help inform my selection. I will be submitting my choice to the district office by Monday, July 17th. Please reply to this email by July 16th if you have more information for me to consider.

Thank you for your interest in this matter and for offering your time and expertise to such an important topic. I appreciate your willingness to participate in this community service.

Respectfully,
Kathy McCollum
School Board Member – District 3

EXHIBIT 2
Page 22 of 22