Challenged Books for the MSBSD District-Wide Library Committee
(published as of 04/24/2023)
Blue highlights updated August 2023

| Title | Author | School copies in catalog | Recommended Level | Copies on hand | Admin purchase | Total checkouts | Date added to catalog | Required Reading, Library Collection, or Both |
|---|---|---|---|---|---|---|---|---|
| Age of Consent (NF) | Christine Watkins | no copies found | HS | 1 | | 1 | 2016 | |
| Allegedly | Tiffany Jackson | no copies found | HS | 2 | | 11 | 2018/2017 | |
| America | E.R. Frank | no copies found | HS | 1 | | 0 | 2016 | |
| Anne Frank's Diary - graphic adaptation (NF) | Ari Folman | no copies found | HS | 3 | 11 | 7 | 2018 | |
| Ask the Passengers | A.S. King | no copies found | HS | 1 | | 12 | 2013 | |
| Beloved | Toni Morrison | no copies found | Adult/HS | 50 | | 121 | 2007 | IB/AP |
| Bluest Eye | Toni Morrison | no copies found | HS | 2 | 12 | 63 | 2008 | IB /AP |
| Breathless | Jennifer Niven | no copies found | HS | 12 | yes | 3 | 2020 | |
| Call Me By Your Name | Andre Aciman | no copies found | HS | 2 | | 4 | 2021 | |
| Carnival at Bray | Jessie Ann Foley | no copies found | HS | 2 | | 1 | 2015 | |
| Court of Frost and Starlight (#4 in set) | Sarah Maas | no copies found | Adult/HS | 4 | | 28 | 2018 | |
| Court of Mist and Fury (#2 in set) | Sarah Maas | no copies found | HS | 6 | | 77 | 2016 | |
| Court of Silver Flames(#5 in set) | Sarah Maas | no copies found | HS, MS | 4 | | 25 | 2018 | |
| Court of Thorns and Roses (#1 in set) | Sarah Maas | no copies found | HS, MS | 6 | | 79 | 2016 | |
| Court of Wings Ruin (#3 in set) | Sarah Maas | no copies found | HS, MS | 5 | | 58 | 2016 | |
| Crank (bk 1) | Ellen Hopkins | no copies found | HS | 5 | | 214 | 2011 | |
| Drama Graphic Novel | Raina Telgemeier | no copies found | EL, MS | | | 1094 | 2016 | |
| Empire of Storms | Sarah Maas | no copies found | HS, MS | 3 | | 58 | 2016 | |
| Extremely Loud and Incredibly Close | Jonathan Foer | no copies found | Adult/HS | 2 | | 15 | 2012 | |
| Flamer | Mike Curato | no copies found | HS | 2 | yes | 16 | 2020 | |
| Forever | Judy Blume | no copies found | HS | 1 | | 91 | 2012 | |
| Freedom Writers Diary (NF) | Erin Gruwell | no copies found | HS | 2 | | 32 | 2007 | |
| Glass (bk 4) | Ellen Hopkins | no copies found | HS | 4 | | 276 | 2008 | |
| Handmaids Tale | Margaret Atwood | no copies found | Adult/HS | 50 | | 1000+ | 2012 | IB, AP |
| Handmaids Tale Graphic Novel | Renee Nault | no copies found | HS | 1 | | 1000+ | 2008 | |
| Hate U Give | Angie Thomas | no copies found | HS, MS | 8 | | 63 | 2017 | |
| I Never | Laura Hopper | no copies found | HS | 1 | | 2 | 2018 | |
| It Ends with US | Colleen Hoover | no copies found | HS | 1 | | 1 | 2022 | |
| It's Perfectly Normal 1st Ed. | Robie Harris | no copies found | HS, EL | 2 | yes | 2 | 2016 | |
| Kingdom of Ash | Sarah Maas | no copies found | HS | 4 | | 22 | 2018 | |
| Kite Runner | Khaled Hosseini | no copies found | Adult/HS | 49 | | 66 | 2005 | AP |
| L8r, g8r | Lauren Myracle | no copies found | HS | 1 | | 10 | 2014 | |
| Living Dead Girl | Elizabeth Scott | no copies found | HS | 3 | | 64 | 2009 | |
| Losing It | Keith Gray | no copies found | HS | 1 | | 2 | 2015 | |

Challenged Books for the MSBSD District-Wide Library Committee
(published as of 04/24/2023)
Blue highlights updated August 2023

| Title | Author | School copies in catalog | Recommended Level | Copies on hand | Admin purchase | Total checkouts | Date added to catalog | Required Reading, Library Collection, or Both |
|---|---|---|---|---|---|---|---|---|
| Lovely Bones | Alice Sebold | no copies found | HS | 15 | | 244 | 2009 | |
| Lucky | Alice Sebold | no copies found | HS | 2 | | 2 | 2012 | |
| Monday's Not Coming | Tiffany Jackson | no copies found | HS | 1 | | 0 | 2018 | |
| Nineteen Minutes | Jodi Picolt | no copies found | Adult/HS | 6 | | 96 | 2012 | |
| Perfect | Ellen Hopkins | no copies found | Adult/HS | 3 | | 40 | 2011 | |
| Perks of Being a Wallflower | Stephan Chbosky | no copies found | HS, MS | 11 | | 9 | 2017 | |
| Persepolis | Marjane Satrapi | no copies found | HS | 16 | | 34 | 2008 | |
| Persepolis 2 | Marjane Satrapi | no copies found | HS | 16 | | 37 | 2011 | |
| Poet X | Elizabeth Acevedo | no copies found | HS, MS | 2 | | 15 | 2013 | |
| Red Hood | Elena Arnold | no copies found | HS | 1 | | 2 | 2020 | |
| Shine | Lauren Myracle | no copies found | HS | 2 | | 20 | 2011 | |
| Slaughterhouse Five | Kurt Vonnegut | no copies found | HS | 65 | | 226 | 2008 | IB, AP |
| Sold | Patrician McCormick | no copies found | MS/HS | 15 | | 97 | 2008 | |
| This One Summer | Mariko Tamaki | no copies found | HS | 15 | | 37 | 2015 | |
| Tilt | Ellen Hopkins | no copies found | HS | 7 | | 187 | 2008 | |
| Tilt | Ellen Hopkins | no copies found | HS | 7 | | 77 | 2012 | |
| Tricks | Ellen Hopkins | no copies found | HS | 6 | | 256 | 2009 | |
| Twisted | Laurie Anderson | no copies found | HS | 6 | | 52 | 2009 | |
| Ugly Love | Colleen Hoover | no copies found | Adult/HS | 1 | | 1 | 2022 | |
| Verity | Colleen Hoover | no copies found | Adult/HS | 1 | | 1 | 2022 | |
| Water for Elephants | Sara Gruen | no copies found | Adult/HS | 4 | | 52 | 2011 | |
| ed:the life and times of the wicked witch of the West | Gregory Maguire | no copies found | Adult/HS | 2 | | 17 | 2007 | |
| YOLO | Lauren Myracle | no copies found | HS | 2 | | 13 | 2015 | |
| You A Novel | Caroline Kepnes | no copies found | Adult/HS | 1 | | 3 | 2019 | |
| Young Elites | Marie Lu | no copies found | HS/MS | 4 | | 171 | 2014 | |
| ~~Beyond Magenta~~ | ~~Susan Kuklin~~ | ~~lost/stolen~~ | HS | 0 | | 1 | 2014 | |
| ~~Duff~~ | ~~Kody Keplinger~~ | ~~lost/stolen~~ | ~~HS~~ | 0 | | 3 | 2012 | |
| ~~Exit Here~~ | ~~Jason Myers~~ | ~~lost/stolen~~ | ~~HS~~ | 0 | | NF | NF | |
| ~~Haters~~ | ~~Jesse Andrews~~ | ~~lost/stolen~~ | ~~HS~~ | 0 | | NF | NF | |
| ~~Heart Stopper (V1-4) graphic novel~~ | ~~Alice Oseman~~ | ~~removed/stolen~~ | ~~HS~~ | 0 | | 30 | 2022 | |
| ~~Homegoing~~ | ~~Yaa Gyasi~~ | ~~deleted from catalog~~ | HS | 0 | | 0 | 2016 | |

MSBSD 000018
EXHIBIT 3, Page 2 of 5

| Challenged Books for the MSBSD District-Wide Library Committee (published as of 04/24/2023) Blue highlights updated August 2023 | School copies in catalog | Recommended Level | Copies on hand | Admin purchase | Total checkouts | Date added to catalog | Required Reading, Library Collection, or Both |
|---|---|---|---|---|---|---|---|
| How Beautiful the Ordinary — Michael Cart | removed/stolen | HS | 0 | | 5 | 2010 | |
| Kite Runner Graphic Novel — K.H. | Stolen/lost | HS | 0 | | 2 | 2011 | |
| Last Night at the Telegraph Club — Malinda Lo | removed/stolen | HS | 0 | | NF | NF | |
| Red White and Royal Blue — Casey McQuiston | deleted from catalog | HS | 0 | | NF | NF | |
| Sex: A book for teens an uncensored guide to your body, sex and safety — Nikol Hasler | lost/stolen | HS | 0 | | 0 | 2012 | |
| Sex: an uncensored guide — Nikol Hasler | Lost/stolen | HS | 0 | | NF | NF | |
| Skim — Donna Jo Napoli | deleted from catalog | HS | 0 | | NF | NF | |

| | |
|---|---|
| **From:** | **LAURA RICHARDSON** |
| **To:** | thecottles@ymail.com; AMBER RINELLA; Andrew Shane; BRENDA HOTCHKISS; CARRIE DAY; JACOB BUTCHER; JILLIAN MORRISSEY; john.c.deal@gmail.com; JUBILEE UNDERWOOD; JUSTIN AINSWORTH; kaliponder@gmail.com; KARA BYRLEY; KATHY MCCOLLUM; KATIE CLARK; KENDAL KRUSE; LAURA RICHARDSON; MARY WRIGHT; Melinda Dale; Nathan Buck; nicholestaceysmith@gmail.com; OLE LARSON; REESE EVERETT; ROBIN TURK; STACY ESCOBEDO; THEODORE SWANSON; THOMAS BERGEY |
| **Subject:** | Expanded Information for the Challenged Book List |
| **Date:** | Tuesday, September 5, 2023 2:17:10 PM |
| **Attachments:** | Expanded Information Challenged Book List.pdf |

Tuesday, September 5, 2023

Members of the Library Citizens Advisory Committee:

In preparation for future book discussions, the attached PDF (Expanded Information-Challenged Book List) provides additional information for you about the books being reviewed by our group. To aid in your understanding of the information presented, here is an explanation of each of the data points provided in this document:

- **Challenged Books for the MSBSD District-Wide Library Committee**: provides titles and authors of each book.
- **School Copies in Catalog:** reads "no copies found" because each challenged book has been temporarily suspended from circulation, pending the Committee's review and recommendation
- **Recommended Level**: indicates the age level at which the book was previously offered.
    - HS or Adult/HS-High School (grades 9-12),
    - MS-Middle School (grades 6-8)
    - EL-Elementary level (preK-5th grade)
- **Copies on hand**: indicates the number of copies of each book available when the book is in circulation
- **Admin purchase**: "yes" indicates that copies of this book have been purchased for the Library Citizens Advisory Committee review
- **Total checkouts**: number of times a particular book has been checked out by students prior to being suspended from circulation, pending Committee's review and recommendation
    - Note: in instances where a book was checked out 1,000+ times, that is generally because a class set would have been checked out to a group of students as part of coursework curriculum

- NF-Not Found (information not available in library information system)
- **Date added to catalog:** provides the year that a book was added to MSBSD libraries
- **Required Reading, Library Collection or Both:** the IB/AP designation in this column indicates that a particular book is part of the International Baccalaureate (IB) or Advanced Placement (AP) curriculum or both. In other words, this piece of literature would be read under the guidance of a teacher as part of a larger curriculum.

You might notice that some titles are highlighted in gray/blue. These titles are either lost/stolen (not on the shelves at all) or recommended for permanent removal from our MSBSD libraries by Librarians.

Linked is the book list that has been published on our Library Citizens Advisory Committee website as the list of titles under review. You might note that there are some titles on the expanded information list that are not on the list that has been published on the website. These titles are highlighted in pale green and will be added to the public document.

Our next in-person meeting is scheduled for Thursday, September 14 from 5-7 PM. If you have additional questions about books on this list, please reach out.

**Laura Richardson**
Family & Community Partnership Coordinator, Office of Teaching and Learning
**Matanuska-Susitna Borough School District**
Ph: 907-761-4050
laura.richardson@matsuk12.us