John Sedor, Alaska Bar No. 8806142
Email: sedor@alaskalaw.pro
John M. Ptacin, Alaska Bar No. 0412106
Email: ptacin@alaskalaw.pro
SEDOR WENDLANDT EVANS FILIPPI LLC
500 L Street, Suite 500
Anchorage, Alaska 99501
Phone: (907) 677-3600
Fax: (907) 677-3605

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DAWN ADAMS & SCOTT ADAMS on behalf of H.A.; JESSICA CLARKSON & URIAH CLARKSON on behalf of W.C.; JOY HEASLEY & A. RICHARD HEASLEY on behalf of K.M-H. & M.M-H.; GANNON CLARKSON; and MITCHELL CLARKSON,<br><br>Plaintiffs,<br><br>vs.<br><br>MATANUSKA-SUSITNA BOROUGH SCHOOL DISTRICT.<br><br>Defendant. | Case 3:23-cv-00265-SLG |

### AFFIDAVIT OF JOHN PTACIN

John Ptacin, being duly sworn, states as follows:

1. My name is John Ptacin. I am above the age of eighteen years and am competent to testify to the matters stated in this affidavit.

2. Attached as Exhibit 1 is a true and correct copy of an email exchange between myself and opposing counsel wherein they state opposition to our motion for leave and motion to supplement the opposition.

FURTHER AFFIANT SAYETH NAUGHT.

DATED this 4th day of March, 2024, at Anchorage, Alaska.

By: _____
John Ptacin

SUBSCRIBED AND SWORN TO before me this 4th day of March, 2024, at Anchorage, Alaska.



_____
Notary Public in and for the State of Alaska
My Commission Expires: April 1, 2025

SEDOR, WENDLANDT, EVANS & FILIPPI, LLC
500 L Street, Suite 500
Anchorage, Alaska 99501
Tel (907) 677-3600  Fax (907) 677-3605

AFFIDAVIT OF JOHN PTACIN
Adams et al v. Matanuska Susitna Borough School District
Case No. 3:23-cv-00265-SLG