# John Ptacin

| | |
|---|---|
| **From:** | sfletcher . <sfletcher@njp-law.com> |
| **Sent:** | Monday, February 26, 2024 5:36 PM |
| **To:** | John Ptacin |
| **Cc:** | James Jim Davis |
| **Subject:** | Re: Adams v. MBSD ---surreply / supplement |

> You don't often get email from sfletcher@njp-law.com. Learn why this is important

Hi John,

We oppose any surreply being filed. We also oppose any supplement with new actions by the Board.

Regarding the surreply, you cite to a case that quotes *Abderrrahim Tnaib v. Document* . . . , and in that case the new factual allegation raised was that a coworker was a supervisor, not a coworker, in a workplace harassment case. That is an example of a large, meaningful factual change.

The fact that the District has actually listed 73 titles for removal, instead of the publicly listed 56, does not impact the legal argument that the removal of the books is unconstitutional, and is not a basis for a surreply. The legal argument remains the same, and your "desire to have the final word is not an adequate basis upon which to [. . .] file a surreply." *Hammler v. Dir. of CDCR*, 2020 U.S. Dist. LEXIS 23653 *6 (E.D. Cal. 2020). The lack of notice of the additional listed books was a comment in the facts section (a factually accurate one,) but was not the basis for our legal argument and does not justify a surreply.

Additionally, you already had the opportunity to argue why the review committee made the School District's actions constitutional: that was your argument in your opposition. We then replied accordingly. There is no basis for a surreply.

Regarding the supplemental information, we object to that being provided because there are always new facts being developed and created throughout the case. And the only update from the School Board meeting is that now one book has been permanently removed with no discussion by the School Board as to why it voted that way, and then a further deferral of any final decision on the other 18 books, with the administration now tasked with reviewing them.

That does not change the legal analysis for this preliminary injunction. So we also oppose such a supplement.

Thanks,
Savannah

**Savannah Venetis Fletcher**
**Northern Justice Project, LLC**
516 2nd Ave, Suite 211
Fairbanks, AK 99701
sfletcher@njp-law.com
Tel: (907) 308-3395
Fax: (866) 813-8645
njp-law.com

------------------

This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.

On Thursday, February 22, 2024 at 01:02:10 PM AKST, John Ptacin <ptacin@alaskalaw.pro> wrote:

Savannah:

I appreciate your email of February 9, 2024 below—apologies I haven't had an opportunity to respond until now. Having reviewed the reply brief, I intend to file a surreply. Additionally, the Board held a vote last night on 19 titles. I intend to file a supplement to my opposition for preliminary injunction to explain the Board's decisions. I am seeking your nonopposition.

**Surreply**

Plaintiffs entered two documents in their reply brief. Document 19-3 was used to claim the library advisory committee process is unconstitutional. Document 19-4 was entered and used to argue "Since its inception, at least four additional books have been removed from school libraries—with no notice to the public—and the Committee has been tasked with reviewing them as well." Defendants did not have an opportunity to respond to these arguments in their preceding opposition.

The standard for granting a leave to file a surreply is whether the party making the motion would be unable to contest matters presented to the court for the first time in the opposing party's reply." Paul Steelman Limited v. HKS, Inc., 2009 WL 10692831 * 1 fn. 1 (USDC Nev. 2009) citing Tnaib v. Document Tech., LLC, 450 F.Supp. 2d 87, 89 n.3 (D.D.C. 2006).

Defendants have grounds to file a surreply under these circumstances as there was no way to address the documents and your related arguments. The documents were not part of the underlying motion filed January 2, 2024.

**The February 22, 2024 board meeting**

The Matanuska Susitna School Board held a public meeting on February 21, 2024. At the meeting, the Board made decisions related to nineteen book titles which are relevant to plaintiff's claims made in their motion for preliminary injunction.

-------

2

Case 3:23-cv-00265-SLG   Document 22-2   Filed 03/04/24   Page 2 of 6

I intend to file the surreply/supplement more than thirty days before oral argument, which the Court scheduled for April 1, 2024. This should offer you time to respond if you believe it is necessary to do so. I am not seeking to file a surreply/supplement for purposes of delay. Rather, my interest lies in ensuring the Court has all the relevant information necessary to rule on the preliminary injunction motion.

Please let me know by Tuesday February 27, 2024 if you oppose the motions described above. And please call with any clarifying questions.

Best,

John-

## John Ptacin

**SEDOR WENDLANDT EVANS FILIPPI**

500 L Street, Suite 500

Anchorage, Alaska 99501

Telephone: (907) 677-3600

Facsimile: (907) 677-3605

Email: ptacin@alaskalaw.pro

---

**From:** sfletcher . <sfletcher@njp-law.com>
**Sent:** Friday, February 9, 2024 10:53 AM
**To:** John Ptacin <ptacin@alaskalaw.pro>
**Cc:** James Jim Davis <jdavis@njp-law.com>
**Subject:** Re: Adams v. MBSD --- brief call today?

> You don't often get email from sfletcher@njp-law.com. Learn why this is important

Thanks, John.

I'd encourage you to look at the exhibit we attached to the brief (I've reattached it here). It shows a list of far more than the publicly-listed 56 books. All the ones highlighted in green on that list have been added to the list but "are not on the list that has been published on the website." Laura Richardson's email at the end of the table explains this.

I was being the most generous I could be with the brief, actually. As you'll see, there are 12 books highlighted in green on this internal removal list that aren't listed on the public list at the link you shared. They are *Age of Consent*, *Allegedly*, *America*, *Anne Frank's Diary - graphic adaptation*, *Ask the Passengers*, *Beloved, Glass (bk 4)*, *Hate U Give*, *Losing It*, *Poet X*, *Twisted*, and *Young Elites*.

But I only named four, bringing the total to 60, because when you count the total number of books on this excel sheet, including the 12 that aren't publicly listed as being removed, but do not include the 13 that were either lost or previously deleted from the catalogue, then the total only comes to 60 books. Make sense? Technically the total list of titles the District is challenging is 73, but I did not want to mislead the court since 13 of those 73 titles are apparently entirely lost or destroyed so not physically available to be put back on shelves.

The District staff, Laura Richardson, said the public list would be updated to reflect those titles back in September, but the public list remains the incomplete one you shared with me with only 56 books listed.

Hope that clarifies things for you,

Savannah

(And thanks for the good luck on the Supreme Court briefings, fortunately the end is in sight.)

**Savannah Venetis Fletcher**

**Northern Justice Project, LLC**

516 2nd Ave, Suite 211

Fairbanks, AK 99701

sfletcher@njp-law.com

Tel: (907) 308-3395

Fax: (866) 813-8645

njp-law.com

------------------

This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.

On Friday, February 9, 2024 at 08:05:21 AM AKST, John Ptacin <ptacin@alaskalaw.pro> wrote:

Hi Savannah:

This can wait until you have a moment (Monday is fine).

On pages 6-7 of the reply brief, you wrote "And since its inception, at least four additional books have been removed from school libraries—with no notice to the public—and the Committee has been tasked with reviewing them as well."

You cited the District's initial disclosures for this contention but did not state the titles purportedly added to the list.

The challenged book list can be found at https://www.matsuk12.us/cms/lib/AK01000953/Centricity/Domain/105/Challenged%20Book%20List%20April%2024.2023.pdf To my knowledge, there are only 56 titles on the challenged list.

Can you provide me clarification which books Plaintiffs believe were added? I may have to file a brief surreply with the Court.

Best of luck finishing your brief.

John-

**John Ptacin**
SEDOR WENDLANDT EVANS FILIPPI
500 L Street, Suite 500
Anchorage, Alaska 99501
Telephone: (907) 677-3600
Facsimile: (907) 677-3605
Email: ptacin@alaskalaw.pro

---

**From:** sfletcher . <sfletcher@njp-law.com>
**Sent:** Thursday, February 8, 2024 11:54 AM
**To:** John Ptacin <ptacin@alaskalaw.pro>
**Cc:** James Jim Davis <jdavis@njp-law.com>
**Subject:** Re: Adams v. MBSD --- brief call today?

You don't often get email from sfletcher@njp-law.com. Learn why this is important

Hey John,

Afraid I can't speak today, I have a filing due with the Supreme Court today (and another tomorrow), so I'm a bit slammed.

But I could try to find a moment tomorrow afternoon or on Monday. What did you need to talk about?

Savannah

5
Case 3:23-cv-00265-SLG   Document 22-2   Filed 03/04/24   Page 5 of 6

**Savannah Venetis Fletcher**
**Northern Justice Project, LLC**
516 2nd Ave, Suite 211
Fairbanks, AK 99701
sfletcher@njp-law.com
Tel: (907) 308-3395
Fax: (866) 813-8645
njp-law.com

-------------------

This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.

On Thursday, February 8, 2024 at 07:21:50 AM AKST, John Ptacin <ptacin@alaskalaw.pro> wrote:

Greetings Savannah:

Do you have five minutes for a call today regarding the preliminary injunction briefing?

John-

**John Ptacin**
SEDOR WENDLANDT EVANS FILIPPI

500 L Street, Suite 500
Anchorage, Alaska 99501
Telephone: (907) 677-3600
Facsimile: (907) 677-3605
Email: ptacin@alaskalaw.pro