John Sedor, Alaska Bar No. 8806142
Email: sedor@alaskalaw.pro
John M. Ptacin, Alaska Bar No. 0412106
Email: ptacin@alaskalaw.pro
SEDOR WENDLANDT EVANS FILIPPI LLC
500 L Street, Suite 500
Anchorage, Alaska 99501
Phone: (907) 677-3600
Fax: (907) 677-3605

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DAWN ADAMS & SCOTT ADAMS on behalf of H.A.; JESSICA CLARKSON & URIAH CLARKSON on behalf of W.C.; JOY HEASLEY & A. RICHARD HEASLEY on behalf of K.M-H. & M.M-H.; GANNON CLARKSON; and MITCHELL CLARKSON,<br><br>        Plaintiffs,<br><br>vs.<br><br>MATANUSKA-SUSITNA BOROUGH SCHOOL DISTRICT.<br><br>        Defendant. | Case 3:23-cv-00265-SLG |

**SURREPLY TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

**&**

**SUPPLEMENT TO OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**

To ensure the Court has an accurate record prior to the April 1, 2024 oral argument, Defendants file this surreply and supplement to its opposition.

a. **Email messages between Board member Kendal Kruse and Nathaniel Buck fail to establish the Library Advisory Committee is a "sham."**

Plaintiffs entered Document 19-3 for the first time in their reply brief. The document consists of an email exchange between Board Member Kendal Kruse and Library Advisory Committee Member Nathaniel Buck prior to his appointment to the Committee. Plaintiffs cite this email exchange to establish "the Board selected community members that share its ideology vis a vis LGBTQ themes."[1]

The language quoted from the emails does nothing of the sort. And at one point, Nathaniel Buck writes "I want to work through the whole process and do the work necessary."[2] The emails show that Mr. Buck has a perspective, as all members of the Committee do.

Plaintiffs evidence falls short for several other reasons. Mr. Buck is one of eleven members of the advisory committee. Even if the Court were to conclude Mr. Buck's statements raise concerns about his fairness—they do not—the structure of the Committee precludes him from having some oversized role in the process. He is one of eleven votes.

---

[1] Reply Doc. 19 at 4-5.
[2] Reply Doc. 19 Exhibit 2 pg. 2.

The School Board does not rely on a sole member's viewpoints when deciding the fate of a particular book. On February 21, 2024, the Board voted to return thirteen titles to the public-school libraries, returning any title if seven of eleven Committee members decided a book does not meet the elements of criminal obscenity under Alaska law.[3]

Plaintiffs—in citing these emails—essentially ask the Court to do two things: (1) interpret the email exchange as proof that Mr. Buck cannot conduct a fair reading of the titles under Alaska's indecency statute; and (2) impute Mr. Buck's biases to all eleven members of the Committee (not to mention the Board).

To obtain a preliminary injunction, the Plaintiffs must show they are likely to prevail on the merits. Subsequent events establish that the email exchange does not prove any unconstitutional motivation related to final decisions of the Board.

### b. The School District is not adding books to the review process.

Plaintiffs entered Document 19-4 for the first time in their reply brief. They claim the document establishes the following: "since [the library advisory committee's] inception, at least four additional books have been removed from school libraries—with no notice to the public—and the Committee has been tasked with reviewing them as well."[4] Not so.[5] There are 58 books currently being reviewed by the Library Advisory Committee. 46 of the books have multiple copies in the library. 12 books have limited numbers of copies. There are 13 books on the

---

[3] Ainsworth Affidavit 7-8, Exhibit 2.
[4] Reply, Document 19 at 8-9.
[5] Ainsworth Affidavit 4-6, Exhibit 1.

SURREPLY & SUPPLEMENT
Adams et al v. Matanuska Susitna Borough School District                Page 3 of 6
Case No. 3:23-cv-00265-SLG

Case 3:23-cv-00265-SLG   Document 22-3   Filed 03/04/24   Page 3 of 9

list that have been lost, stolen, or damaged and are not currently in circulation in the libraries. Plaintiffs do not cite any facts to establish the School Board or Administrators are adding titles to the review process.

### c. The School Board's February 21, 2024 meeting establishes the constitutionality of its book review process.

Plaintiffs entire case is premised on the allegation the Matanuska Susitna School Board and the Administration removed "books from all school libraries on the basis they contain LGBTQ themes or protagonists of color."[6] Facts belie this.

At a February 21, 2024 meeting, the School Board permanently removed only one title, a book named "It Ends With Us" by Colleen Hoover. Despite plaintiff's threadbare claims, "It Ends With Us" appears to have nothing to do with LGBTQ issues or protagonists of color. Rather it is a book criticized by the Committee for its romanticization of emotional, physical, and sexual abuse within a heterosexual couple.[7]

---

[6]  Underlying Motion, Document 10-2 at 2, 8-9, 12-13.

[7]  See Opposition Doc. 16 at pg. 8 fn. 32. The author Colleen Hoover describes "It Ends With Us" as follows on her website: "Lily hasn't always had it easy, but that's never stopped her from working hard for the life she wants. She's come a long way from the small town in Maine where she grew up—she graduated from college, moved to Boston, and started her own business. So when she feels a spark with a gorgeous neurosurgeon named Ryle Kincaid, everything in Lily's life suddenly seems almost too good to be true." https://www.colleenhoover.com/products/it-ends-with-us. Compare removal of this book to the books returning to the shelves. The School Board instructed the Administration to return 13 titles to the shelves. The books are: (1) Slaughterhouse Five, (2) Persepolis, (3) Persepolis: The Story of a Childhood, (4) Kite Runner, (5) Drama, (6) Crank, (7) Freedom Writers Diary, (8) Nineteen

DATED this 4th day of March 2024 at Anchorage, Alaska.

      SEDOR, WENDLANDT, EVANS & FILIPPI, LLC
      Attorneys for Defendant

    By:  /s/ John M. Sedor_____
      John M. Sedor, State Bar No. 8806142
      SEDOR WENDLANDT EVANS FILIPPI LLC
      500 L Street, Suite 500 Anchorage, Alaska 99501
      (907) 677-3600 (Telephone)
      (907) 677-3605 (Facsimile)
      Email address: sedor@alaskalaw.pro
      COUNSEL FOR DEFENDANTS

      /s/John M. Ptacin_____
      John M. Ptacin, Stage Bar No. 0412106
      SEDOR WENDLANDT EVANS FILIPPI LLC
      500 L Street, Suite 500 Anchorage, Alaska 99501
      (907) 677-3600 (Telephone)
      (907) 677-3605 (Facsimile)
      Email address: ptacin@alaskalaw.pro
      COUNSEL FOR DEFENDANTS

---

Minutes, (9) This One Summer, (10) The Perks of Being a Wallflower, (11) Sold, (12) The Handmaid's Tale, and (13) The Lovely Bones. These books include LGBTQ issues and protagonists of color. For instance, the Persepolis series is an autobiographical account of a girl living in revolutionary Iran. https://www.penguinrandomhouse.com/books/160892/the-complete-persepolis-by-marjane-satrapi/ . Jodi Picoult's work Nineteen Minutes asks what it means to be different in our society and who has the right to be judged by someone else and touches on LGBTQ themes.
https://parents.simonandschuster.com/9780743496735 .

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on 3/4/24, a true and correct copy of the foregoing was served on:

James J. Davis Jr. AK Bar No 9412140
jdavis@njp-law.com

Savannah Fletcher AK Bar No 181127
sfletcher@njp-law.com

Aneliese Palmer AK Bar No 2201001
apalmer@njp-law.com

Ruth Botstein AK Bar 9906016
rbotstein@acluak.org
courtfilings@acluak.org

by electronic means through email.

/s/Erin Remley
Certification Signature

John Sedor, Alaska Bar No. 8806142
Email: sedor@alaskalaw.pro
John M. Ptacin, Alaska Bar No. 0412106
Email: ptacin@alaskalaw.pro
SEDOR WENDLANDT EVANS FILIPPI LLC
500 L Street, Suite 500
Anchorage, Alaska 99501
Phone: (907) 677-3600
Fax: (907) 677-3605

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DAWN ADAMS & SCOTT ADAMS on behalf of H.A.; JESSICA CLARKSON & URIAH CLARKSON on behalf of W.C.; JOY HEASLEY & A. RICHARD HEASLEY on behalf of K.M-H. & M.M-H.; GANNON CLARKSON; and MITCHELL CLARKSON,<br><br>Plaintiffs,<br><br>vs.<br><br>MATANUSKA-SUSITNA BOROUGH SCHOOL DISTRICT.<br><br>Defendant. | Case 3:23-cv-00265-SLG |

**AFFIDAVIT OF JUSTIN AINSWORTH**

Justin Ainsworth, being duly sworn, states as follows:

1. My name is Justin Ainsworth. I am above the age of eighteen years and am competent to testify to the matters stated in this affidavit.

2. I am an associate superintendent for the Matanuska Susitna Borough School District. I have been tasked with moderating the library advisory committee which is currently reviewing fifty-eight book titles for the School Board. I have been instrumental in establishing the library advisory committee and I chair that Committee.

3. The plaintiffs in this case have stated the following "since [the library advisory committee's] inception, at least four additional books have been removed from school libraries—with no notice to the public—and the Committee has been tasked with reviewing them as well."

4. I am aware of no attempt by any administrator or School Board member to add four additional titles to the scope of the Committee's work since its inception.

5. There are 58 books currently being reviewed by the Library Advisory Committee. 46 of the books have multiple copies in the public-school libraries. 12 books have limited numbers of copies available. For these 12 titles, the School District must order copies to effectively perform Committee reviews. 13 other books may be reviewed at a later point. However these books have been lost, stolen, or damaged and are not currently in circulation in the libraries. The School Board may ask the Administration or the Committee to review these books. But they may not.

6. Attached as Exhibit 1 is a true and correct copy of the book list. The items that have a line struck through them are the 13 books that have been lost, stolen, or damaged.

AFFIDAVIT
Adams et al v. Matanuska Susitna Borough School District
Case No. 3:23-cv-00265-SLG

7. On February 21, 2024, the School Board reviewed the Committee's recommendations related to nineteen titles. I was in attendance at this public meeting. A true and correct recording of the February 21, 2024 School Board meeting can be found at https://vimeo.com/msbsd. The vote related to library materials can be found at 2:00:00 through 2:15:00.

8. Attached is a true and correct copy of an email I sent to Library Advisory Committee members explaining the School Board's vote of February 21, 2024.

FURTHER AFFIANT SAYETH NAUGHT.

DATED this 29 day of February, 2024 at Anchorage, Alaska.

By: _____
Justin Ainsworth

SUBSCRIBED AND SWORN TO before me this 29 day of February, 2024, at Anchorage, Alaska.

_____
Notary Public in and for the State of Alaska
My Commission Expires: 2/19/28

KOREY L. BULLARD
Notary Public
State of Alaska
My Commission Expires
January 19, 2028

AFFIDAVIT
Adams et al v. Matanuska Susitna Borough School District
Case No. 3:23-cv-00265-SLG

Case 3:23-cv-00265-SLG   Document 22-3   Filed 03/04/24   Page 9 of 9