

# Agenda Item Details

| | |
|---|---|
| Meeting | Feb 21, 2024 - Regular School Board Meeting |
| Category | 8. Action Items |
| Subject | B. Proposed Board Action on Library Citizens Advisory Committee Recommendations |
| Type | Action |

The School Board commissioned a Library Citizen Advisory Committee (Committee) to review fifty-six titles which appeared in the library system. The School District publicly noticed the Committee's meetings, which are broadcast live on a local radio station.

The Committee has eleven members. Seven of the members represent each region of the School District and four members are District employees, including one librarian.

Since August 2023, the Committee has met once a month to discuss the books members read the month before. To date, the Committee has finalized nineteen recommendations to the School Board.

The Committee focused on whether the book is obscene. Under Alaska Law, it is a crime to distribute materials to minors if:  (1) the average individual, applying contemporary community standards, would find that the material, taken as a whole, appeals to the prurient interest in sex for persons under 16 years of age; (2) a reasonable person would find that the material, taken as a whole, lacks serious literary, artistic, educational, political, or scientific value for persons under 16 years of age; and (3) the material depicts actual or simulated conduct in a way that is patently offensive to the prevailing standards in the adult community as a whole with respect to what is suitable for persons under 16 years of age.

With this standard in mind, five of the books reviewed thus far have raised little to no concern. For example, the Committee unanimously recommended that Slaughterhouse Five, Kite Runner, Persepolis, Persepolis 2-A Story of a Return, and Drama are not criminally indecent and that these books should be available to certain grade levels.

One book raised substantial concerns. The Committee voted 8-0 that "It Ends With Us" meets the local standards of criminal indecency and by a vote of 10-0, recommended the book should not appear in public school libraries in the future.

The other thirteen titles did not produce unanimous recommendations.

The Committee is about 1/3 complete with its review.

The Administration recommends the Board deliberate and vote on the nineteen reviewed titles. The Administration recommends the Board place each reviewed title into one of three general categories: retain, remove, or remand further administrative review.

### The Retain Category

As noted above, the Committee unanimously concluded five titles do not meet the elements of criminal obscenity under Alaska Law.  These titles are Slaughterhouse Five, Kite Runner, Persepolis, Persepolis 2-A Story of a Return, and Drama

For these five titles, the Administration recommends a Board vote to retain the title in public school libraries. For other titles that obtained near majority retention votes, the Board should consider which of these titles should be retained.

Additionally, the Board should defer to the Administration to determine the age appropriateness of each title and which libraries will shelve the book and whether to impose restrictions.

### The Remove Category

As noted above, the Committee unanimously concluded one title meets the elements of criminal obscenity under Alaska Law. The book is called "It Ends With Us." During the Committee's discussion, Committee Members took issue with the glorification of abusive sex and domestic violence in the book.

**The Remand to the Administration for Further Review Category**

For titles that received mixed reviews, for which the Board does not decide to put in the retain category, the Board should remand the title to the Administration to make a final decision regarding whether it is obscene and/or whether to restrict access to the title.

[Library Citizens Advisory Committee Webpage](#)

[Committe Rubric.pdf (956 KB)](#)

**Motion & Voting**

The School Board commissioned a Library Citizen Advisory Committee (Committee) to review various titles for their suitability in our public school libraries.
An eleven-person Committee focused on whether each book is obscene under standards set by Alaska law. As a board, we have completed a second reading related to 19 of the Committee's recommendations. Having reviewed its recommendations, I make the following four-part motion.

Part One
The Committee unanimously concluded 5 titles do not meet the elements of criminal obscenity under Alaska Law. These 5 titles are Slaughterhouse Five, Persepolis, Persepolis-the Story of a Childhood, Kite Runner, and Drama.
I move that the School District retains each of these titles in its public school libraries.
I further move that the Administration determine the age appropriateness of each title and which libraries will shelve each of these five books and whether to impose any restrictions.

Part Two
At least 7 Committee members concluded an additional 8 titles do not meet the elements of criminal obscenity under Alaska Law. These 8 titles are Crank, Freedom Writers Diary, Nineteen Minutes, This One Summer, The Perks of Being a Wallflower, Sold, The Handmaids Tale, and the Lovely Bones.
I move that School District retains these titles in its public school libraries.
I further move that the Administration determine age appropriateness of each title and which libraries will shelve each of these 8 titles and whether to impose restrictions.

Part Three
The Committee unanimously concluded one title one meets the elements of criminal obscenity under Alaska Law. That title is It Ends With Us.
I move that the School District remove this title from circulation.

Part Four
Committee members concluded by various votes that 5 titles might meet the elements of criminal obscenity under Alaska Law. These 5 titles are Breathless, Forever, Flamer, Its Perfectly Normal, and the Bluest Eye.

I move that the Board remand each of these titles to the Administration to make a final decision regarding whether it is obscene and/or whether to restrict access to the title.


Motion by Kathy McCollum, second by Kendal Kruse.
Final Resolution: Motion Carries
Yes: Ole Larson, Kathy McCollum, Thomas Bergey, Jubilee Underwood, Kendal Kruse, Brooks Pitcher
No: Ted Swanson