John Sedor, Alaska Bar No. 8806142
Email: sedor@alaskalaw.pro
John M. Ptacin, Alaska Bar No. 0412106
Email: ptacin@alaskalaw.pro
SEDOR WENDLANDT EVANS FILIPPI LLC
500 L Street, Suite 500
Anchorage, Alaska 99501
Phone: (907) 677-3600
Fax: (907) 677-3605

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DAWN ADAMS & SCOTT ADAMS on behalf of H.A.; JESSICA CLARKSON & URIAH CLARKSON on behalf of W.C.; JOY HEASLEY & A. RICHARD HEASLEY on behalf of K.M-H. & M.M-H.; GANNON CLARKSON; and MITCHELL CLARKSON,<br><br>Plaintiffs,<br><br>vs.<br><br>MATANUSKA-SUSITNA BOROUGH SCHOOL DISTRICT.<br><br>Defendant. | Case 3:23-cv-00265-SLG |

**UNOPPOSED MOTION FOR STATUS CONFERENCE**

Defendant Matanuska-Susitna Borough School District, by and through counsel, Sedor, Wendlandt, Evans & Filippi, LLC, hereby requests a status conference, in an effort to amicably resolve a discovery dispute in this case.

Defendants wish to take the depositions of the school-aged plaintiffs. Counsel for Plaintiffs disagrees, stating depositions are unnecessary and Defendants should obtain relevant information through written discovery in the first instance. Ptacin Aff. ¶ 2, Exhibit 1 pgs. 3-4. Plaintiff counsel's preferences notwithstanding, Defendants do wish to take these depositions of named plaintiffs.

To avoid unnecessary delay and the expense of discovery motions, the parties seek a brief status conference with the Court, in part, to determine the Court's schedule. Defense counsel believes the Plaintiffs may be more amenable to scheduling depositions if the Court is available to take up any disputes that may arise during the depositions.

Plaintiff's counsel does not oppose a status conference. Ptacin Aff. ¶ 2, Exhibit 1 pg. 1.

DATED this 29th day of May 2024 at Anchorage, Alaska.

SEDOR, WENDLANDT, EVANS & FILIPPI, LLC
Attorneys for Defendant

By: /s/John M. Ptacin
John M. Ptacin, Stage Bar No. 0412106
SEDOR WENDLANDT EVANS FILIPPI LLC
500 L Street, Suite 500 Anchorage, Alaska 99501
(907) 677-3600 (Telephone)
(907) 677-3605 (Facsimile)
Email address: ptacin@alaskalaw.pro
COUNSEL FOR DEFENDANTS

MOTION FOR STATUS CONFERENCE Page 2 of 3
*Adams et al. v. Matanuska Susitna Borough School District*
Case No. 3:23-cv-00265-SLG
Case 3:23-cv-00265-SLG Document 29 Filed 05/29/24 Page 2 of 3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on 5/1/24, a true and correct copy of the foregoing was served on:

James J. Davis Jr. AK Bar No 9412140
jdavis@njp-law.com

Savannah Fletcher AK Bar No 181127
sfletcher@njp-law.com

Aneliese Palmer AK Bar No 2201001
apalmer@njp-law.com

Ruth Botstein AK Bar 9906016
rbotstein@acluak.org
courtfilings@acluak.org

by electronic means through email.

/s/ Devon James
Certification Signature

SEDOR, WENDLANDT, EVANS & FILIPPI, LLC
500 L Street, Suite 500
Anchorage, Alaska 99501
Tel (907) 677-3600 Fax (907) 677-3605

MOTION FOR STATUS CONFERENCE  Page 3 of 3
*Adams et al. v. Matanuska Susitna Borough School District*
Case No. 3:23-cv-00265-SLG
Case 3:23-cv-00265-SLG   Document 29   Filed 05/29/24   Page 3 of 3