John Sedor, Alaska Bar No. 8806142
Email: sedor@alaskalaw.pro
John M. Ptacin, Alaska Bar No. 0412106
Email: ptacin@alaskalaw.pro
SEDOR WENDLANDT EVANS FILIPPI LLC
500 L Street, Suite 500
Anchorage, Alaska 99501
Phone: (907) 677-3600
Fax: (907) 677-3605

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DAWN ADAMS & SCOTT ADAMS on behalf of H.A.; JESSICA CLARKSON & URIAH CLARKSON on behalf of W.C.; JOY HEASLEY & A. RICHARD HEASLEY on behalf of K.M-H. & M.M-H.; GANNON CLARKSON; and MITCHELL CLARKSON,<br><br>Plaintiffs,<br><br>vs.<br><br>MATANUSKA-SUSITNA BOROUGH SCHOOL DISTRICT.<br><br>Defendant. | Case 3:23-cv-00265-SLG |

**DEFENDANT'S MOTION TO SUPPLEMENT FACTUAL MATERIALS**

Local Civil Rule 7.1(d)(2) provides in relevant part that "after briefing of a motion is complete, supplementation of factual materials may occur only by motion for good cause. The motion must have the proposed factual materials

attached as an exhibit and address the reasons earlier filing was not possible or their relevance was not appreciated."

The District moves to supplement the factual materials relevant to the Motion for Preliminary Injunction currently under advisement by the Court. Specifically, the District seeks to notify the Court regarding School Board action as it relates to the titles at issue in this litigation.

The Court granted a similar motion to supplement the record submitted by Plaintiffs. See, Order Re: Plaintiffs' Motion to Supplement, March 26, 2024, Docket No. 25. The Court, at oral argument on April 1, 2024, also granted a motion by Defendant to supplement the factual record.

Defendant's Opposition to the motion for preliminary injunction argues on pages 12-14 that the Court's review should await the recommendations of the Citizen Advisory Committee and the School Board's final determinations with respect to specific titles.

At the time of filing the Opposition to Preliminary Injunction and at the time of oral argument, certain titles had not been addressed by the Committee or acted upon by the Board. That has changed.

Attached to this motion is an Affidavit of Assistant Superintendent Justin Ainsworth which includes Attachment A. Attachment A is the motion passed by the Matanuska Susitna Borough School Board at its June 5, 2024 regular school board meeting. The motion passed by the Board:

SEDOR, WENDLANDT, EVANS & FILIPPI, LLC
500 L Street, Suite 500
Anchorage, Alaska 99501
Tel (907) 677-3600 Fax (907) 677-3605

DEFENDANT'S MOTION TO SUPPLEMENT FACTUAL MATERIALS    Page 2 of 4
*Adams et al. v. Matanuska Susitna Borough School District*
Case No. 3:23-cv-00265-SLG
Case 3:23-cv-00265-SLG   Document 32   Filed 06/06/24   Page 2 of 5

SEDOR, WENDLANDT, EVANS & FILIPPI, LLC
500 L Street, Suite 500
Anchorage, Alaska 99501
Tel (907) 677-3600 Fax (907) 677-3605

1. Does not renew the Library Citizens Advisory Committee for FY 2025 in light of Board Policy 1220 which provides that all citizen advisory committees will expire June 30th of each school year unless renewed by the Board.[1]

2. Confirms that four titles will be reviewed by the Library Citizens Advisory Committee at its final meeting on June 13, 2024 with recommendations from the Committee on these four titles taken up by the Board at its next meeting.

3. Confirms that no further action will be taken on 15 of the remaining 17 titles which have been determined to be out of print, lost, or stolen and are no longer part of the District's library collection.

4. Refers the last two remaining titles to the administration for additional review to make determinations regarding obscenity and age appropriateness.

Assistant Superintendent Ainsworth's Affidavit also includes Attachment B. Attachment B is a is a color-coded chart of the status and disposition of all titles referred to the Citizen's Advisory Committee, which was reviewed by the Board at its June 5, 2024 meeting.

Earlier filing of Attachments A and B providing was not possible because at the time of briefing and argument the School Board had not taken this action.

---

[1] It should be noted that Justin Ainsworth, Assistant Superintendent, who was the Administrative Representative to the Citizen Advisory Committee, has resigned his position to take a superintendency in Oregon.

DEFENDANT'S MOTION TO SUPPLEMENT FACTUAL MATERIALS  Page 3 of 4
*Adams et al. v. Matanuska Susitna Borough School District*
Case No. 3:23-cv-00265-SLG

DATED this 6th day of June 2024 at Anchorage, Alaska.

SEDOR, WENDLANDT, EVANS & FILIPPI, LLC
Attorneys for Defendant

By:   /s/John M. Sedor
    John M. Sedor, Stage Bar No. 8806142
    SEDOR WENDLANDT EVANS FILIPPI LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on 6/6/24, a true and correct copy of the foregoing was served on:

James J. Davis Jr. AK Bar No 9412140
jdavis@njp-law.com

Savannah Fletcher AK Bar No 181127
sfletcher@njp-law.com

Aneliese Palmer AK Bar No 2201001
apalmer@njp-law.com

Ruth Botstein AK Bar 9906016
rbotstein@acluak.org
courtfilings@acluak.org

by electronic means through email.

/s/   Devon James
Certification Signature

DEFENDANT'S MOTION TO SUPPLEMENT FACTUAL MATERIALS    Page 4 of 4
*Adams et al. v. Matanuska Susitna Borough School District*
Case No. 3:23-cv-00265-SLG
Case 3:23-cv-00265-SLG   Document 32   Filed 06/06/24   Page 4 of 5

SEDOR, WENDLANDT, EVANS & FILIPPI, LLC
500 L Street, Suite 500
Anchorage, Alaska 99501
Tel (907) 677-3600 Fax (907) 677-3605

SEDOR, WENDLANDT, EVANS & FILIPPI, LLC
500 L Street, Suite 500
Anchorage, Alaska 99501
Tel (907) 677-3600 Fax (907) 677-3605

DEFENDANT'S MOTION TO SUPPLEMENT FACTUAL MATERIALS　　　Page 5 of 4
*Adams et al. v. Matanuska Susitna Borough School District*
Case No. 3:23-cv-00265-SLG