James J. Davis, Jr., AK Bar No. 9412140
Aneliese Palmer, AK Bar No. 2201001
**NORTHERN JUSTICE PROJECT, LLC**
406 G Street, Suite 207
Anchorage, AK 99501
(907) 308-3395 (telephone)
(866) 813-8645 (fax)
Email: jdavis@njp-law.com
Email: apalmer@njp-law.com

Ruth Botstein, AK Bar No. 9906016
**AMERICAN CIVIL LIBERTIES UNION OF ALASKA FOUNDATION**
1057 West Fireweed Lane, Suite 207
Anchorage, AK 99503
(907) 258-0044
Email: rbotstein@acluak.org
Email: courtfilings@acluak.org

Attorneys for Plaintiffs

John Sedor, Alaska Bar No. 8806142
Email: sedor@alaskalaw.pro
John M. Ptacin, Alaska Bar No. 0412106
Email: ptacin@alaskalaw.pro
**SEDOR WENDLANDT EVANS FILIPPI LLC**
500 L Street, Suite 500
Anchorage, Alaska 99501
Phone: (907) 677-3600
Fax: (907) 677-3605

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DAWN ADAMS, *et al.*,<br><br>     Plaintiffs,<br><br>  vs.<br><br>MATANUSKA-SUSITNA BOROUGH SCHOOL DISTRICT,<br><br>     Defendant. | Case No. 3:22-cv-00265-SLG<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Stipulation to Dismiss with Prejudice
*Adams, et al. v. Matanuska-Susitna Borough Sch. Dist.*    Case No. 3:22-cv-00265-SLG
Page 1 of 2

Case 3:23-cv-00265-SLG   Document 40   Filed 10/31/24   Page 1 of 2

1

2      The parties have reached a settlement in the above case.  Plaintiffs, by and through

3

4  counsel, enter this stipulation to dismiss the case with prejudice pursuant to Federal Rule of Civil

5  Procedure 41(a)(1).  Each party is to bear its own fees and costs.

6          DATED this 31st day of October, 2024.

7                                          NORTHERN JUSTICE PROJECT, LLC

8                                          By: /s/ Aneliese Palmer
9                                          James J. Davis, Jr., AK Bar No. 9412140
                                           Savannah Fletcher, AK Bar No. 1811127
10                                         Aneliese Palmer, AK Bar No. 2201001

11

12                                         SEDOR WENDLANDT EVANS FILIPPI LLC

13                                         By: /s/ John M. Ptacin
                                           John Sedor, Alaska Bar No. 8806142
14                                         John M. Ptacin, Alaska Bar No. 0412106

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Dismiss with Prejudice
*Adams, et al. v. Matanuska-Susitna Borough Sch. Dist.*                Case No. 3:22-cv-00265-SLG
Page 2 of 2

Case 3:23-cv-00265-SLG     Document 40     Filed 10/31/24     Page 2 of 2